# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES CASTON, *et al.,* | ) | |
| | ) | 2:07-cv-00515-RCJ-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| U.S. DEPARTMENT OF TREASURY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court for consideration is the Report and Recommendations of Magistrate Judge Lawrence R. Leavitt, entered June 14, 2007 (#2).  No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered June 14, 2007, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#2) be affirmed and adopted and that the Complaint should be **dismissed with prejudice.**

DATED:     December 3, 2007

_____
UNITED STATED DISTRICT COURT